**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7795**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEFFREY BERNARD MOORE, a/k/a Cookieman,

Defendant - Appellant.

Appeal from the United States District Court for the District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:18-cr-00347-BO-2)

Submitted: May 20, 2021                                Decided: May 24, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey Bernard Moore, Appellant Pro Se. Kristine L. Fritz, Assistant United States Attorney, Jennifer P. May-Parker, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Bernard Moore appeals the district court's order granting the Government's motion for a preliminary order of forfeiture of substitute assets, pursuant to the order of forfeiture in Moore's criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Moore*, No. 5:18-cr-00347-BO-2 (E.D.N.C. May 7, 2019 & Dec. 29, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
